HOLLY S. PARKER (SBN 10181)
RYAN W. LEARY (SBN 11630)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
hparker@laxalt-nomura.com
rleary@laxalt-nomura.com
*Attorneys for Plaintiff,*
*Hartford Fire Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY<br><br>Defendant. | Case No.: 3:18-cv-0432-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DATE BY WHICH LEXINGTON INSURANCE COMPANY SHALL HAVE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(FIRST REQUEST) |

Plaintiff Hartford Fire Insurance Company ("Hartford") and Defendant Lexington Insurance Company ("Lexington"), by and through their undersigned counsel, stipulate as follows:

Hartford filed a Complaint on September 6, 2018, therein naming Lexington as a defendant in this matter. (ECF No. 1.) Hartford subsequently served Lexington with the Summons and Complaint through the Nevada Division of Insurance; the Nevada Division of Insurance served Lexington on October 8, 2018. (ECF No. 11.) Pursuant to NRS 680A.260, which extends the normal time for the response to the complaint by ten days, the current deadline for Lexington to answer or otherwise respond to the Complaint is November 8, 2018.

1

Lexington has requested an extension of time to respond until November 29, 2018. Lexington requests this additional time so that it may more thoroughly investigate the allegations within the Complaint and other pleadings on file and research the current law bearing on those allegations. The Court has not granted any previous extensions.

**IT IS SO STIPULATED.**

DATED this 30th day of October, 2018.

LAXALT & NOMURA, LTD.

/s/ Holly S. Parker
HOLLY S. PARKER (SBN 10181)
RYAN W. LEARY (SBN 11630)
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
hparker@laxalt-nomura.com
rleary@laxalt-nomura.com

KRAMON & GRAHAM, P.A.
Susan M. Hogan
(*pro hac vice*)
Beth P. Evans
(*pro hac vice*)
One South Street, Suite 2600
Baltimore, Maryland 21202
Telephone: (410) 752-6030
Facsimile: (410) 361-8211
Email: shogan@kg-law.com
Email: bevans@kg-law.com

*Counsel for Plaintiff Hartford Fire Insurance Company*

DATED this 30th day of October, 2018.

HEROLD & SAGER

/s/ Nicholas B. Salerno
ANDREW D. HEROLD (SBN 7378)
NICHOLAS B. SALERNO (SBN 6118)
550 Second Street
Suite 200
Encinitas, CA 92024
Tel: (760) 487-1047
Fax: (760) 487-1064
aherold@heroldsagerlaw.com
nsalerno@heroldsagerlaw.com

*Counsel for Defendant Lexington Insurance Company*

**IT IS SO ORDERED:**

DATED: October 31, 2018.

_____
UNITED STATES MAGISTRATE JUDGE