ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
NICHOLAS B. SALERNO, ESQ.
Nevada Bar No. 6118
HEROLD & SAGER
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3624
Facsimile: (702) 990-3835
aherold@heroldsagerlaw.com
nsalerno@heroldsagerlaw.com

Attorneys for Defendant LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation, Plaintiff, vs. LEXINGTON INSURANCE COMPANY, a Delaware corporation, Defendants. | CASE NO. 3:18-cv-0432-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO HARTFORD FIRE INSURANCE COMPANY'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |
|---|---|

Defendant Lexington Insurance Company ("Lexington") and Plaintiff Hartford Fire Insurance Company ("Hartford"), by and through their undersigned counsel, hereby submit the following stipulation:

WHEREAS, on November 28, 2018, Hartford stipulated with Lexington to amend its complaint with various details requested by Lexington (ECF No. 15);

WHEREAS, on December 14, 2018, Hartford filed its First Amended Complaint, which was electronically served on Lexington (ECF Doc. No. 18);

WHEREAS, pursuant to FRCP 15(a)(3), Lexington's response to the First Amended Complaint is due on or before December 28, 2018;

WHEREAS, Lexington requests additional time so that it may more thoroughly investigate the new allegations within the First Amended Complaint and research the current state of the law

1 | bearing on those new allegations.

WHEREAS, in light of the holidays, Hartford and Lexington have further stipulated that Lexington be granted an additional 14 days to respond to Hartford's amended complaint;

WHEREAS, the Court has not granted any previous extensions to respond to the First Amended Complaint.

IT IS HEREBY STIPULATED by and between Hartford and Lexington that the deadline for Lexington to respond to Hartford's First Amended Complaint is extended to January 11, 2018.

DATED: December 18, 2018          HEROLD & SAGER

By: /s/ Nicholas B. Salerno
ANDREW D. HEROLD (SBN 7378)
NICHOLAS B. SALERNO, (SBN 6118)
aherold@heroldsagerlaw.com
nsalerno@heroldsagerlaw.com
*Counsel for LEXINGTON INSURANCE COMPANY*

DATED: December 18, 2018          LAXALT & NOMURA, LTD.

By: /s/ Holly S. Parker
HOLLY S PARKER (SBN 10181)
RYAN W. LEARY (SBN 11630)
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
hparker@laxalt-nomura.com
rleary@laxalt-nomura.com

KRAMON & GRAHAM, P.A.
Susan M. Hogan (pro hac vice)
Beth P. Evans (pro hac vice)
One South Street, Suite 2600
Baltimore, Maryland 21202
Telephone: (410) 752-6030
Facsimile: (410) 361-8211
Email: shogan@kg-law.com
Email: bevans@kg-law.com
*Counsel for Hartford Fire Insurance Company*

**IT IS SO ORDERED.**

DATED: December 19, 2018.            /s/ William G. Cobb
                                      UNITED STATES MAGISTRATE JUDGE