HOLLY S. PARKER (SBN 10181)
RYAN W. LEARY (SBN 11630)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
hparker@laxalt-nomura.com
rleary@laxalt-nomura.com
*Attorneys for Plaintiff,*
*Hartford Fire Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY<br><br>Defendant. | Case No.: 3:18-cv-0432-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DATE BY WHICH HARTFORD FIRE INSURANCE COMPANY SHALL HAVE TO OPPOSE LEXINGTON INSURANCE COMPANY'S MOTION TO DISMISS**<br><br>(FIRST REQUEST) |

Plaintiff Hartford Fire Insurance Company ("Hartford") and Defendant Lexington Insurance Company ("Lexington"), by and through their undersigned counsel, stipulate as follows:

Hartford filed an Amended Complaint for Declaratory Relief on December 14, 2018, naming Lexington as the sole defendant. (ECF No. 18.) Lexington responded to the Amended Complaint by filing on January 11, 2019, a Motion to Dismiss Hartford's First Amended Complaint. (ECF No. 21.) The current deadline for Hartford to oppose the Motion to Dismiss is January 25, 2019.

//

//

1

Hartford has requested an extension of time to respond until February 8, 2019. Hartford requests this additional time because its counsel has a prearranged vacation scheduled, leaving counsel limited time to address Lexington's Motion. A two-week extension will afford Hartford adequate time to thoroughly research the current law bearing on the issues raised in Lexington's potentially dispositive motion. The Court has not granted any previous extensions.

**IT IS SO STIPULATED.**

DATED this 17th day of January, 2019.    DATED this 17th day of January, 2019.

LAXALT & NOMURA, LTD.    HEROLD & SAGER

_____    /s/ Nicholas B. Salerno
HOLLY S. PARKER (SBN 10181)    ANDREW D. HEROLD (SBN 7378)
RYAN W. LEARY (SBN 11630)    NICHOLAS B. SALERNO (SBN 6118)
9790 Gateway Drive, Suite 200    550 Second Street
Reno, Nevada 89521    Suite 200
Telephone: (775) 322-1170    Encinitas, CA 92024
Facsimile: (775) 322-1865    Tel: (760) 487-1047
hparker@laxalt-nomura.com    Fax: (760) 487-1064
rleary@laxalt-nomura.com    aherold@heroldsagerlaw.com
    nsalerno@heroldsagerlaw.com

KRAMON & GRAHAM, P.A.
Susan M. Hogan    *Counsel for Defendant Lexington Insurance*
(*pro hac vice*)    *Company*
Beth P. Evans
(*pro hac vice*)
One South Street, Suite 2600
Baltimore, Maryland 21202
Telephone: (410) 752-6030
Facsimile: (410) 361-8211
Email: shogan@kg-law.com
Email: bevans@kg-law.com

*Counsel for Plaintiff Hartford Fire Insurance Company*

DATED this __18__ day of January, 2019.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

2